**ZUMPANO PATRICIOS & POPOK, PLLC**
MICHAEL S. POPOK (NY) 2475226
mpopok@zplaw.com
(Admitted *pro hac vice*)
417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 381-9999
Facsimile: (212) 320-0332

**GERAGOS & GERAGOS, APC**
MARK J. GERAGOS, Esq.      SBN 108325
geragos@geragos.com
BEN J. MEISELAS, Esq.      SBN 277412
meiselas@geragos.com
MATTHEW M. HOESLY, Esq.    SBN 289593
mhoesly@geragos.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

*Attorneys for Plaintiff,* MyChannel, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHANNEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KANYE OMARI WEST, Individually, and YEEZY APPAREL LLC, a California limited liability company,<br><br>Defendants. | Case No. 2:20-cv-07732-JFW-JC<br><br>**PLAINTIFF MYCHANNEL, INC.'S NOTICE OF LODGING PLAINTIFF'S [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: December 14, 2020<br>Time:         1:30 p.m.<br>Courtroom:    7A<br>Judge:        Hon. John F. Walter |

1 | **TO THE HONORABLE COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Paragraph 5(f) of the Court's August 27, 2020 Standing Order (ECF No. 10), Plaintiff MyChannel, Inc., hereby lodges its [Proposed] Statement of Decision regarding Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 31).

DATED:  December 2, 2020         Respectfully submitted,

**ZUMPANO PATRICIOS & POPOK, PLLC**

   /s/ Michael S. Popok
MICHAEL S. POPOK, Esq.
mpopok@zplaw.com
(Admitted *pro hac vice*)
417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 381-9999
Facsimile: (212) 320-0332

and,

**GERAGOS & GERAGOS, APC**
MARK J. GERAGOS, Esq.
geragos@geragos.com
BEN J. MEISELAS, Esq.
meiselas@geragos.com
MATTHEW M. HOESLY, Esq.
mhoesly@geragos.com
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

*Attorneys for Plaintiff*, MyChannel, Inc.