# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 South Figueroa Street
Los Angeles, California  90017-3411
Telephone  (213) 625-3900
Facsimile  (213) 232-3255
Geragos@Geragos.com

BEN J. MEISELAS            SBN 277412
ben@geragos.com
CURTIS R. SARIAN           SBN 328867
curtis@Geragos.com

**ZUMPANO PATRICIOS & POPOK PLLC**
MICHAEL S. POPOK          (NY) 2475226
mpopok@zplaw.com
(Admitted *pro hac vice*)
Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 381-9999
Facsimile:  (212) 320-0332

*Attorneys for Plaintiff,*
MYCHANNEL, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYCHANNEL, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**KANYE OMARI WEST,** Individually, and **YEEZY APPAREL LLC**, a California limited liability company,<br><br>Defendants. | Case No.: 2:20-cv-07732<br><br>**PLAINTIFF'S ERRATA TO MOTION FOR SANCTIONS, MOTION TO COMPEL AND *EX PARTE* APPLICATION**<br><br>Hearing Date:  July 13, 2021<br><br>Action Filed:  August 25, 2020 |

**PLAINTIFF'S ERRATA**

**TO THE COURT AND ALL PARTIES:**

On review of Plaintiff's filings, Plaintiff inadvertently stated the deposition of Defendant West lasted 9:51 seconds. That was actually the time in the morning when Defendant West left the deposition which was 9:51 AM. The deposition lasted 14 minutes 41 seconds.

DATED: June 9, 2021

    /s/ Ben J. Meiselas

**GERAGOS & GERAGOS, APC**
BEN J. MEISELAS, Esq.
CURTIS R. SARIAN, Esq.
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

**PLAINTIFF'S ERRATA**