GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN 246415)
BoyajianN@gtlaw.com
Layal Bishara (SBN 329154)
BisharaL@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Attorneys for Defendants
Kanye Omari West and Yeezy Apparel LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MYCHANNEL, INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>v.<br><br>KANYE OMARI WEST, Individually, and YEEZY APPAREL LLC, a California limited liability company,<br><br>   Defendants. | Case No.: 2:20-cv-07732-JFW-JC<br><br>**DECLARATION OF NINA D. BOYAJIAN IN SUPPORT OF DEFENDANTS KANYE OMARI WEST AND YEEZY APPAREL LLC'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO SHORTEN TIME ON PLAINTIFF'S MOTION FOR SANCTIONS AND TO COMPEL THE IN-PERSON DEPOSITION OF KANYE WEST**<br><br>[Filed concurrently with Opposition to Plaintiff's *Ex Parte* Application]<br><br>Judge: Hon. John F. Walter<br>Action Filed: August 25, 2020 |

ACTIVE 58090125

## DECLARATION OF NINA D. BOYAJIAN

I, Nina D. Boyajian, declare as follows:

1. I am an attorney at law licensed to practice before all courts in California, and a Shareholder at Greenberg Traurig, LLP, counsel of record for Defendants Kanye Omari West and Yeezy Apparel LLC ("Defendants") in this action. I have personal knowledge of the matters set forth in this Declaration, and if called upon to testify, I could and would competently testify thereto.

2. Plaintiff's argument about trying to set Mr. West's deposition for "8 months" is demonstrably false: Plaintiff sent its first deposition notice in December 2020, and after that, I conferred with counsel for Plaintiff and attempted to set a date for April 2021. However, in April 2021, counsel for Plaintiff and I agreed to stay the action pending mediation.

3. Immediately following the unsuccessful mediation, counsel for Plaintiff unilaterally noticed Mr. West's deposition for June 3, 2021, and I agreed to that date.

4. At the beginning of the deposition of Kanye West on June 3, 2021, at which I was present, associated counsel for Mr. West, Ekwan Rhow, designated the deposition as confidential under the Protective Order in this action until he "indicat[ed] otherwise." He never indicated otherwise.

5. After the deposition was cut short, Mr. Rhow conferred with Plaintiff's counsel, agreed that the virtual deposition was not productive, and committed to producing Mr. West for an in-person deposition at the end of June. Counsel for Plaintiff agreed that this was acceptable, and that they would continue to communicate with Mr. Rhow and I regarding exact dates.

6. On June 6, 2021, Plaintiff's counsel, Michael Popok, emailed Mr. Rhow asking if there was any update on a date for Mr. West's deposition. Mr. Rhow promptly responded stating "Trying to nail down a date asap. Kanye is out of town this weekend but will try to confirm. Shooting for June 23," to which counsel for Plaintiff responded "Ok." Notably, Mr. Popok elected not to copy me on his email to Mr. Rhow, even though I

1

remain as lead counsel on this case. A true and correct copy of this email exchange is attached hereto as **Exhibit A**.

7. Counsel for Plaintiff failed to give notice to my office or Mr. Rhow regarding the filing of the Application, and failed to meet and confer with my office or Mr. Rhow regarding the filing of its underlying motion to compel.

8. Immediately upon receiving notice of Plaintiff's counsel's violation of the Protective Order in this action, my office emailed counsel for Plaintiff requesting that they remove the publicly filed documents from the docket, and re-file the documents under seal. Counsel for Plaintiff refused. A true and correct copy of this email exchange is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of June, 2021, at Chicago, Illinois.

                                       */s/ Nina D. Boyajian*
                                        Nina D. Boyajian

# EXHIBIT A

**From:** Ekwan E. Rhow <erhow@birdmarella.com>
**Sent:** Wednesday, June 9, 2021 1:29 PM
**To:** Michael S. Popok <mpopok@zplaw.com>
**Cc:** Benjamin Meiselas <ben@meidastouch.com>; Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>
**Subject:** RE: Follow up. MYC

***EXTERNAL TO GT*** 

Michael – Let me know if June 28th works.  I just confirmed that date.
Ekwan

**From:** Michael S. Popok <mpopok@zplaw.com>
**Sent:** Sunday, June 6, 2021 9:45 AM
**To:** Ekwan E. Rhow <erhow@birdmarella.com>
**Cc:** Benjamin Meiselas <ben@meidastouch.com>
**Subject:** Re: Follow up. MYC

Ok.

Aloha.

Michael

*Sent from my iPhone*

> On Jun 6, 2021, at 12:27 PM, Ekwan E. Rhow <erhow@birdmarella.com> wrote:
>
> Trying to nail down a date asap. Kanye is out of town this weekend but will try to confirm. Shooting for June 23.
>
> Sent from my Verizon, Samsung Galaxy smartphone
>
> -------- Original message --------
> From: "Michael S. Popok" <mpopok@zplaw.com>
> Date: 6/6/21 9:12 AM (GMT-08:00)

To: "Ekwan E. Rhow" <erhow@birdmarella.com>
Cc: Benjamin Meiselas <ben@meidastouch.com>
Subject: Follow up. MYC

**\*\*EXTERNAL EMAIL MESSAGE\*\***

Ekwan.

We don't want too much time to lapse to get the deposition of your client back on track.

Pls provide proposed dates for an in person (LA) deposition of your client in June by 6 pm PT tomorrow.

Thx. Have a nice weekend.

Michael


*Sent from my iPhone*

**Michael S. Popok**
Managing Partner

**ZUMPANO PATRICIOS & POPOK**

417 Fifth Avenue | Suite 826 | New York, NY 10016
Main: (212) 381-9999 | Direct: (212) 542-2564 | Cell: (786) 999-4285

Follow ZPP: Twitter  Linkedin  ZPPerspectives.com

**PRIVILEGED MATERIAL**
Attorney Client/Work Product: The information contained in this message and any attachments is intended or the use of the individual or entity to which it is addressed, and such information is privileged and confidential. you are not the intended recipient, do not distribute, copy, or use the information contained herein. Instead, notify us at (305) 444-5565 and immediately delete the message.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inf you that any U.S. federal tax advice contained in this communication (including any attachments), unless othe specifically stated, was not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing, or recommending to another party any matters addressed herein.

**Michael S. Popok**
Managing Partner

**ZUMPANO PATRICIOS & POPOK**

417 Fifth Avenue | Suite 826 | New York, NY 10016
Main: (212) 381-9999 | Direct: (212) 542-2564 | Cell: (786) 999-4285

Follow ZPP: Twitter  Linkedin  ZPPerspectives.com

**PRIVILEGED MATERIAL**
Attorney Client/Work Product: The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and such information is privileged and confidential. If you are not the intended recipient, do not distribute, copy, or use the information contained herein. Instead, please notify us at (305) 444-5565 and immediately delete the message.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing, or recommending to another party any matters addressed herein.



# EXHIBIT B

## Bishara, Layal L. (Assoc-LA-LT)

| | |
|---|---|
| **From:** | Bishara, Layal L. (Assoc-LA-LT) |
| **Sent:** | Wednesday, June 9, 2021 1:31 PM |
| **To:** | 'Michael S. Popok' |
| **Cc:** | ben@geragos.com; curtis@geragos.com; Boyajian, Nina D. (Shld-LA-LT); Rivera, Ana (Secy-LA-LT) |
| **Subject:** | RE: MYC v. Yeezy, et al.- Violation of Protective Order |

The deposition was indeed designated as confidential at minute 4:58 of the deposition video, which was at 9:41:44 a.m. As such, by not filing your motions under seal, you are in violation of the Protective Order. We reiterate our request to remove your docket entries and re-file them under seal.

**Layal L. Bishara**
Associate

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7781 | F +1 310.586.7800 | C +1 424.298.7812
bisharal@gtlaw.com | www.gtlaw.com | View GT Biography





---

**From:** Michael S. Popok <mpopok@zplaw.com>
**Sent:** Wednesday, June 9, 2021 1:01 PM
**To:** Bishara, Layal L. (Assoc-LA-LT) <bisharal@gtlaw.com>
**Cc:** ben@geragos.com; curtis@geragos.com; Boyajian, Nina D. (Shld-LA-LT) <BoyajianN@gtlaw.com>; Rivera, Ana (Secy-LA-LT) <riveraal@gtlaw.com>
**Subject:** Re: MYC v. Yeezy, et al.- Violation of Protective Order

**\*EXTERNAL TO GT\***

No, we are not "aware" that this filing violates any protective order because it does not. There is nothing confidential about the deposition or the conduct.

MSP


*Sent from my iPhone*

> On Jun 9, 2021, at 3:57 PM, bisharal@gtlaw.com wrote:
>
> Counsel,
>
> As we are sure you are aware, by filing your motion to compel, ex parte application, and notice of lodging this afternoon, you have violated the Protective Order in this case,

entered by the Court on January 13, 2021, as the deposition of Kanye West was expressly designated as confidential. Please immediately remove the filings from the docket and re-file them under seal. Should you decline to do so, we will promptly advise the court.

**Layal L. Bishara**
Associate

Greenberg Traurig, LLP
1840 Century Park East | Suite 1900 | Los Angeles, CA 90067-2121
T +1 310.586.7781  |  F +1 310.586.7800  |  C +1 424.298.7812
bisharal@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

<image001.png>

<image002.png>

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

Michael S. Popok
Managing Partner

**ZUMPANO PATRICIOS & POPOK**

417 Fifth Avenue | Suite 826 | New York, NY 10016
Main: (212) 381-9999 | Direct: (212) 542-2564 | Cell: (786) 999-4285

Follow ZPP: Twitter  Linkedin  ZPPerspectives.com

PRIVILEGED MATERIAL
Attorney Client/Work Product: The information contained in this message and any attachments is intended only for the use of the individual or entity to which it is addressed, and such information is privileged and confidential. If you are not the intended recipient, do not distribute, copy, or use the information contained herein. Instead, please notify us at (305) 444-5565 and immediately delete the message.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used for the purpose of (1) avoiding penalties under the Internal Revenue Code, or (2) promoting, marketing, or recommending to another party any matters addressed herein.