UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-07732-JFW-JC | Date | June 11, 2021 |
|---|---|---|---|
| Title | MyChannel Inc. v. Kanye Omari West, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | none | none |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**   (In Chambers)

**ORDER AUTHORIZING PARTIES/COUNSEL OF RECORD TO OBTAIN/RECEIVE RECORDING/TRANSCRIPT OF SEALED PROCEEDING AND LIMITING DISSEMINATION OF SAME**

IT IS HEREBY ORDERED:

The parties/counsel of record are authorized to obtain/receive a recording/transcript of the June 9, 2021 sealed proceeding but shall not otherwise disseminate the same, absent the unsealing of such proceeding/further order of the Court.

IT IS SO ORDERED.