**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MyChannel, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:20-cv-07732-JFW-JC |
| v. | |
| Kanye Omari West & Yeezy Apparel LLC | **APPLICATION FOR REFUND OF FEES; ORDER THEREON** |
| DEFENDANT(S) | |

*Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.*

**SECTION I**

Name of Applicant: Kanye Omari West and Yeezy Apparel LLC
Amount Paid: $ 31
Requested Refund Amount: $ 21
Document Title and Docket #: Audio Recording Order, Dkt. 68

Transaction Date: June 10, 2021
Receipt Number:
(If paid by cash/check only)

**Reason for refund request:**
[x] Duplicate payment submitted
[ ] Fee paid even though none was required
[ ] Overpayment of a required filing fee
[ ] Pro hac vice application denied (order attached)
[ ] Other:

**SECTION II** (*Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.*)

Account Holder Name:
Pay.gov Tracking ID:
Agency Tracking ID:

*PLEASE BE ADVISED THAT THE POLICY OF THE JUDICIAL CONFERENCE OF THE UNITED STATES GENERALLY PROHIBITS THE REFUND OF FILING FEES IN ALL BUT LIMITED CIRCUMSTANCES.*
*(GUIDE TO JUDICIARY POLICY, VOL. 4, CHAP. 6, § 650.)*

*For Court Use Only*

**Fiscal Department**

[ ] Refund issued.

[ ] Application for refund denied:
  [ ] Application seeks refund of fee that was not paid.
  [ ] Previous court order indicates fee is not to be refunded.

[ ] Application referred to U.S. District/Magistrate Judge for ruling.

Notes:

IT IS ORDERED that the application for refund of fees is:

[ ] GRANTED   [ ] DENIED

_____
United States District/Magistrate Judge