# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYCHANNEL, INC.<br><br>Plaintiff(s), | CASE NUMBER:<br><br>2:20–cv–07732–JFW–JC |
| v.<br><br>KANYE OMARI WEST, et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:     6/11/2021

Document Number(s):     73

Title of Document(s):     Application for Refund

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events – Motions and Related Filings – Applications/Ex Parte Applications/Motions/Petitions/Requests – Refund of Fees Paid (G–124)

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: June 14, 2021                    By: _/s/ Ingrid Valdes ingrid_valdes@cacd.uscourts.gov_
                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS