GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN 246415)
BoyajianN@gtlaw.com
Layal Bishara (SBN 329154)
BisharaL@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700; Fax: 310-586-7800
*Attorneys for Defendants Kanye Omari West and Yeezy Apparel LLC*

GERAGOS & GERAGOS APC
Ben J. Meiselas (SBN 277412)
ben@geragos.com
Curtis Sarian (SBN 328867)
644 South Figueroa Street, Los Angeles, CA 90017-3411
Tel; 213-625-3900; Fax: 213-232-3255
*Attorneys for Plaintiff MyChannel, Inc.*

ZUMPANO PATRICIOS & POPOK PLLC
Michael S. Popok *(Admitted pro hac vice)*
mpopok@zplaw.com
417 Fifth Avenue, Suite 826, New York, NY 10016
Tel: 212-381-9999; Fax: 212-320-0332
*Attorneys for Plaintiff MyChannel, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MYCHANNEL, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>KANYE OMARI WEST, Individually, and YEEZY APPAREL LLC, a California limited liability company,<br><br>Defendants. | Case No.: 2:20-cv-07732-JFW-JC<br><br>**JOINT REQUEST FOR STATUS CONFERENCE**<br><br>Judge:     Hon. John F. Walter<br>Action Filed:  August 25, 2020 |

ACTIVE 58590367

Defendants Yeezy Apparel LLC and Kanye Omari West ("Defendants") and MyChannel, Inc. ("Plaintiff") (collectively, the "Parties") jointly request a brief status conference before this Court, either virtually or in person. In the event a conference is held in person, counsel for the Parties are available on the following dates: July 9, 13, 14, 15, 16, 19, 20. As grounds for this request, the parties state that they wish to discuss with the Court a pending resolution of this action and thus, a request for a stay of all proceedings pending final resolution. A proposed order setting a status conference is submitted herewith.

Dated:  July 7, 2021                              GREENBERG TRAURIG, LLP

                                                  By: /s/ *Nina D. Boyajian*
                                                  Nina D. Boyajian
                                                  Attorneys for Defendants
                                                  Kanye Omari West and Yeezy Apparel LLC

Dated:  July 7, 2021                              ZUMPANO PATRICIOS & POPOK, PLLC

                                                  By: /s/ *Michael S. Popok*
                                                  Michael S. Popok
                                                  Attorneys for Plaintiff MyChannel, Inc.

### ECF CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Michael S. Popok, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized the filing of this document.

Dated:  July 7, 2021                               /s/ *Nina D. Boyajian*
                                                   Nina D. Boyajian

1

ACTIVE 58590367