UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-7732-JFW(JCx)**                                           Dated: **July 9, 2021**

Title:      MyChannel, Inc. -v- Kanye Omari West, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Benjamin Jared Meiselas                            Nina D. Boyajian

**PROCEEDINGS:    STATUS CONFERENCE**

The case is called, and counsel make their appearance.

Court and counsel discuss status of the case.

All dates and deadlines remain set.

IT IS SO ORDERED.

Initials of Deputy Clerk ___sr___

0/10