| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| 2 | Nina D. Boyajian (SBN 246415) |
|   | BoyajianN@gtlaw.com |
| 3 | Layal Bishara (SBN 329154) |
| 4 | BisharaL@gtlaw.com |
|   | 1840 Century Park East, Suite 1900 |
| 5 | Los Angeles, CA 90067-2121 |
| 6 | Tel: 310-586-7700 |
|   | Fax: 310-586-7800 |
| 7 | *Attorneys for Defendants Kanye Omari West and Yeezy Apparel LLC* |
| 8 | GERAGOS & GERAGOS APC |
| 9 | Ben J. Meiselas (SBN 277412) |
|   | ben@geragos.com |
| 10 | Curtis Sarian (SBN 328867) |
| 11 | 644 South Figueroa Street, Los Angeles, CA 90017-3411 |
|    | Tel; 213-625-3900; Fax: 213-232-3255 |
| 12 | *Attorneys for Plaintiff MyChannel, Inc.* |
| 13 | ZUMPANO PATRICIOS & POPOK PLLC |
| 14 | Michael S. Popok *(Admitted pro hac vice)* |
|    | mpopok@zplaw.com |
| 15 | 417 Fifth Avenue, Suite 826, New York, NY 10016 |
|    | Tel: 212-381-9999; Fax: 212-320-0332 |
| 16 | *Attorneys for Plaintiff MyChannel, Inc.* |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MYCHANNEL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> KANYE OMARI WEST, Individually, and YEEZY APPAREL LLC, a California limited liability company, <br><br> Defendants. | Case No.: 2:20-cv-07732-JFW-JC <br><br> **JOINT STATUS REPORT RE MEDIATION** <br><br> Judge:         Hon. John F. Walter <br> Action Filed:  August 25, 2020 |

1

Plaintiff MyChannel, Inc. ("Plaintiff") and Defendants Yeezy Apparel LLC and Kanye Omari West ("Defendants") (collectively, the "Parties"), pursuant to this Court's order (Dkt. No. 44), hereby submit the following report.

On May 7, 2021, the Parties engaged in mediation before the Honorable Jay C. Ghandi. The mediation was unsuccessful and did not lead to the Parties reaching any settlement on that day. On June 9, 2021, the Parties apprised the Court of the events that have transpired since the mediation and the current status of the case.

Dated:  July 16, 2021                        GREENBERG TRAURIG, LLP

                                             By: /s/ Nina D. Boyajian
                                                 Nina D. Boyajian
                                                 Attorneys for Defendants Kanye Omari West and
                                                 Yeezy Apparel LLC

Dated:  July 16, 2021                        GERAGOS & GERAGOS APC

                                             By: /s/ Benjamin Meiselas
                                                 Benjamin Meiselas
                                                 Attorneys for Plaintiff MyChannel, Inc.

### ECF CERTIFICATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Benjamin Meiselas, on whose behalf this filing is jointly submitted, concurs in this filing's content and has authorized the filing of this document.

Dated:  July 16, 2021                         /s/ Nina D. Boyajian
                                              Nina D. Boyajian

ACTIVE 58737143