# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone (213) 625-3900
Facsimile (213) 232-3255
Geragos@Geragos.com

MARK J. GERAGOS            SBN 108325
mark@geragos.com
BEN J. MEISELAS            SBN 277412
ben@geragos.com

**ZUMPANO PATRICIOS & POPOK PLLC**
MICHAEL S. POPOK          (NY) 2475226
mpopok@zplaw.com
(*Pro Hac Vice* Motion Pending)
MITCHELL G. MANDELL       (NY) 2042828
mmandell@zplaw.com
(*Pro Hac Vice* Motion Pending)
2042828417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 381-9999
Facsimile: (212) 320-0332

*Attorneys for Plaintiff,*
MYCHANNEL, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYCHANNEL, INC.,** a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**KANYE OMARI WEST,** Individually, and **YEEZY APPAREL LLC**, a California limited liability company, | Case No.: 2:20-cv-07732<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Judge: Hon. John F. Walter<br>Action Filed: August 25, 2020 |

Defendants.

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal with Prejudice of this action, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: September 20, 2020           **By:**

                                             /s/ Ben J. Meiselas

**GERAGOS & GERAGOS, APC**
MARK J. GERAGOS, Esq.
BEN J. MEISELAS, Esq.
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

and,

**ZUMPANO PATRICIOS & POPOK, PLLC**

  /s/ Michael S. Popok
MICHAEL S. POPOK, Esq.

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

(*Pro Hac Vice* Pending)
MITCHELL MANDELL, Esq.
(*Pro Hac Vice* Pending)
417 Fifth Avenue, Suite 826
New York, New York 10016
Telephone: (212) 381-9999
Facsimile: (212) 320-0332

*Attorneys for Plaintiff*, MyChannel, Inc.

DATED: September 20, 2021          **GREENBERG TRAURIG, LLP**

    /s/ Nina D. Boyajian
NINA D. BOYAJIAN, Esq.
LAYAL BISHARA, Esq.
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121

*Attorneys for Defendants,* Kanye Omari West and Yeezy Apparael, LLC

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
*MYCHANNEL, INC. v. KANYE OMARI WEST, et al.*
Case No. 2:20-cv-07732-JFW-JC

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 644 South Figueroa Street Los Angeles, California 90017-3411.

    On September 20, 2021, I served true copies of the following document(s) described as **JOINT STIPULATION FOR DISMISSAL** on the interested parties in this action as follows:

GREENBERG TRAURIG, LLP
**Nina D. Boyajian** (SBN 246415)
BoyajianN@gtlaw.com
**Layal Bishara** (SBN 329154)
BisharaL@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

*Attorneys for Defendants*
*Kanye Omari West and Yeezy Apparel LLC*

### METHOD OF SERVICE

[x]    **VIA US MAIL** - Placing the envelope for collection and mailing on the date and at our business address following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[x]    **VIA ELECTRONIC TRANSMISSION** - Before mailing, I caused the above-described documented to be transmitted via electronic mail to the electronic mail addressed listed on the service list.

Executed on September 20, 2021, at Los Angeles, California 90017.

By: _____
James Rimonte

- 4 -