# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:20-cv-07732-JFW-JCx           Date September 21, 2021

Title: MyChannel, Inc. v. Kanye Omari West, et al.

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                             Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Joint STIPULATION to Dismiss Case pursuant to FRCP 41(a)(1)(A)(ii) [87] - Make JS-6

☐ Entered _____.

Initials of Preparer   sr